IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LEODIS RANDLE**                                                              **PLAINTIFF**

**VS.**                                  **NO. 4:18CV00641 SWW**

**DOES**                                                          **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

DATED this 18th day of September, 2018.

                                               /s/Susan Webber Wright
                                               UNITED STATES DISTRICT JUDGE